UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Case No. 2:16-cv-14232-VAR-APP |
| ) | |
| TBK SERVICES, INC. d/b/a VIP ) | |
| PROPERTY SERVICES, and ) | Hon. Victoria A. Roberts |
| MICHAEL I. WALKER, ) | |
| ) | |
| *Defendants*. ) | |

**JUDGMENT OF PERMANENT INJUNCTION**

It is hereby ORDERED, ADJUDGED, AND DEGREED, in accordance with the parties' stipulation and the Court having determined that a permanent injunction is necessary and appropriate, that judgment is entered against Defendants TBK Services Inc. and Michael I. Walker (collectively "Defendants") and in favor of the United States of America, as follows:

1.    Defendants are ordered to timely deposit in an appropriate federal depository bank, in accordance with federal deposit regulations, withheld employee income taxes, withheld employee FICA taxes, employer FICA taxes, and FUTA taxes, as required by the Internal Revenue Code;

2.    Defendant Michael I. Walker is ordered to sign and deliver to Revenue Officer Adam D. Dunn, at the IRS office located at 38275 West Twelve Mile Road, Suite 200, Farmington Hills, Michigan 48331, or at such other location as

1

the IRS may deem appropriate, on the first day of each month, an affidavit stating that the requisite withheld income, FUTA, and FICA tax deposits were timely made;

3. Defendants are ordered to timely file with the Internal Revenue Service at 38275 West Twelve Mile Road, Suite 200, Farmington Hills, Michigan 48331, or at such other location as the IRS may deem appropriate all Forms 940 and 941 that come due after the date the permanent injunction order is entered;

4. Defendants are ordered to timely pay all required outstanding liabilities due on each return required to be filed after the date the permanent injunction order is entered;

5. Defendants are enjoined from assigning and/or transferring money or property of TBK after the injunction is issued unless the payroll tax deposits and payroll taxes due after the date of the injunction are first paid to the IRS;

6. Defendant Michael I. Walker is required to notify Revenue Officer Adam D. Dunn, at the IRS office located at 38275 West Twelve Mile Road, Suite 200, Farmington Hills, Michigan 48331 or some other person or location designated by the IRS, in writing, within 30 days, in the event that he operates, manages, or acquires an ownership interest in any other business entity within five years of the final resolution of this case; and

7.  Defendant Michael I. Walker is ordered to comply with the foregoing injunctions for any entities that he has created or will create in the future to operate his business.

IT IS SO ORDERED.

Date: February 23, 2017                                       S/Victoria A. Roberts
                                                                                    Hon. Victoria A. Roberts
                                                                                    United States District Judge